MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

FRANK J. RIEBLI (CSBN 221152)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6935
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-558 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME |
| v. | |
| GEORGE JAMES LOVRIN, | |
| Defendants. | |

On October 1, 2013, at 2:00 p.m., defendant George James LOVRIN made his first appearance before the District Court through counsel. The parties agreed to return for a status hearing on November 19, 2013 at 2:30 p.m. LOVRIN recently obtained new counsel, and they made their first appearance on October 1, 2013. As of the time of that hearing, LOVRIN's new counsel had not yet obtained discovery from his prior counsel. The parties agree that LOVRIN's new counsel require time to review the discovery and discuss it with their client. Therefore, the parties agreed that time should be excluded between October 1, 2013 and November 19, 2013 in order to ensure the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties agree that the ends of justice served by granting the continuance outweigh the best

ORDER EXCLUDING TIME
CR 13-558 RS

interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: October 2, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
FRANK J. RIEBLI
Assistant United States Attorney

_____/s/with permission_____
SARA RIEF
Attorney for Martin Bucio-Ayala

For the reasons stated above, the Court finds that the exclusion of time from October 1, 2013 through and including November 19, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: October _2_, 2013.

HONORABLE RICHARD SEEBORG
United States District Court Judge

ORDER EXCLUDING TIME
CR 13-558 RS