1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  FRANK J. RIEBLI (CSBN 221152)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6935
        FAX: (415) 436-7234
7       Frank.Riebli@usdoj.gov

8  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-558 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | |
| GEORGE JAMES LOVRIN, | |
| Defendants. | |

On December 10, 2013, at 2:30 p.m., the government and defendant George James LOVRIN appeared before the District Court through counsel. The parties agreed to return for on January 21, 2014 at 2:30 p.m., for a change of plea or trial setting. The government and LOVRIN's counsel are continuing to discuss resolution and LOVRIN's counsel require time to discuss the case with their client. Therefore, the parties agreed that time should be excluded between December 10, 2013 and January 21, 2014 in order to ensure the effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

///

///

ORDER EXCLUDING TIME
CR 13-558 RS

The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO STIPULATED.

DATED: December 10, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
FRANK J. RIEBLI
Assistant United States Attorney

_____/s/ FJR with permission_____
STUART HANLON
Attorney for George James Lovrin

For the reasons stated above, the Court finds that the exclusion of time from December 10, 2013 through and including January 21, 2014 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: December _11_, 2013.

_____
HONORABLE RICHARD SEEBORG
United States District Court Judge

ORDER EXCLUDING TIME
CR 13-558 RS